# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN O. ABARCA,<br><br>          Petitioner,<br><br>       v.<br><br>M.D. MCDONALD, Warden,<br><br>          Respondent. | Case No. CV 10-8032 GAF (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: October 17, 2011

_____
HON. GARY A. FEESS
UNITED STATES DISTRICT JUDGE